

# IN THE
# TENTH COURT OF APPEALS

**No. 10-09-00148-CR**
**No. 10-09-00149-CR**
**No. 10-09-00150-CR**
**No. 10-09-00151-CR**
**No. 10-09-00152-CR**

**LACEDRIC RAY,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

From the 77th District Court
Limestone County, Texas
Trial Court Nos. 11343-A, 11344-A, 11345-A, 11346-A, and 11630-A

## MEMORANDUM  OPINION

Lacedric Ray appeals from his five felony judgments of conviction for which the trial court imposed sentence in open court on January 30, 2009.  A motion for new trial was timely filed, but the notice of appeal was not filed until May 7, 2009, more than ninety days after sentence was imposed in open court.  *See* TEX. R. APP. P. 26.2(a)(2) (providing that notice of appeal must be filed within 90 days after date sentence

imposed if defendant timely files a motion for new trial).  A timely motion for extension of time was not filed.  *See id.* 26.3 (providing that motion for extension must be filed within 15 days after deadline for filing of notice of appeal).

Ray's appointed counsel on appeal has advised us by letter of the untimeliness of Ray's notices of appeal, has informed us that he has notified Ray, and has conceded that we lack jurisdiction.

Because Ray's notices of appeal are untimely, we lack jurisdiction and dismiss these appeals.

REX D. DAVIS
Justice

Before Chief Justice Gray,
  Justice Reyna, and
  Justice Davis
Appeals dismissed
Opinion delivered and filed July 22, 2009
Do not publish
[CRPM]